**WO**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Manuel de Jesus Chavez-Peralta,<br><br>    Defendant. | No.   06-2338-M (LOA)<br><br>**O R D E R** |

        Upon motion of the Federal Public Defender, and good cause appearing therefore,

        IT IS HEREBY ORDERED withdrawing Craig Orent, Assistant Federal Public Defender, District of Arizona, as counsel of record in the above-entitled action.

        IT IS FURTHER ORDERED appointing CJA Baltazar Iniguez, 3106 N. 16th Street, Phoenix, AZ 85016, 602-285-5688, as counsel of record for defendant Manuel de Jesus Chavez-Peralta, effective immediately.

        DATED this 23rd day of June, 2006.

_/s/ Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge